

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00441-CR

Anthony **McVEA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5436
Honorable Ray Olivarri, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on July 31, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.

_____
Keith E. Hottle, Clerk of Court